STEVEN W. MYHRE
Acting United States Attorney
Nevada Bar No. 9635
CHRISTOPHER BURTON
Assistant United States Attorney
Nevada Bar No. 12940
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Christopher.Burton4@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN WILSON,<br><br>　　　　　Defendant. | Case No. 2:17-CR-00266-KJD-CWH<br><br>**UNOPPOSED MOTION TO UNSEAL SEARCH WARRANT** |

**CERTIFICATION: This Motion is timely filed.**

　　　The parties, by and through the undersigned, respectfully request that the Court unseal the following search and seizure warrant that was issued as part of the investigation in this case. The parties are seeking to unseal the warrant so that both parties can have complete copies of the warrant.

　　　The case number of the search and seizure warrant the parties are seeking to unseal is: 2:17-mj-621-CWH.

The warrant, which was filed on May 31, 2017, is captioned: "In the matter of the search of information associated with e-mail address: zenswift@yahoo.com that is stored at premises controlled by Yahoo! Inc."

**DATED** this  12th  day of  September    , 2017.

Respectfully,

STEVEN W. MYHRE
Acting United States Attorney

//s//
_____
CHRISTOPHER BURTON
Assistant United States Attorney

For the Defense:

//s//
_____
HEIDI OJEDA
Attorney for STEVEN WILSON

**IT IS SO ORDERED:**

_____        9/13/17
United States Magistrate Judge         Date