DAYLE ELIESON
United States Attorney
District of Nevada
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada State Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Daniel.Hollingsworth@usdoj.gov
*Counsel for the United States of America*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-CR-266-KJD-CWH |
| Plaintiff, | ) | |
| v. | ) | Motion to Unseal the Bill of Particulars |
| STEVEN WILSON, | ) | |
| Defendant. | ) | |

On August 29, 2017, the United States filed a Bill of Particulars under seal. The case has been unsealed.

The United States moves this Court to unseal the Bill of Particulars so it will show on the public docket and provide notice to the defendant. In the Bill of Particulars, plaintiff amended the forfeiture allegation in the Criminal Indictment (ECF No. 1) to correct the forfeiture language.

/ / /

/ / /

/ / /

/ / /

1

For the foregoing reasons, this Court should unseal the Bill of Particulars.

DATED this 3rd day of August 2018.

                                           Respectfully submitted,

                                           DAYLE ELIESON
                                           United States Attorney

                                           */s/ Daniel D. Hollingsworth*
                                           DANIEL D. HOLLINGSWORTH
                                           Assistant United States Attorney

                                           IT IS SO ORDERED:

                                           _____
                                           UNITED STATES MAGISTRATE JUDGE

                                           DATED: August 7, 2018

**PROOF OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on August 3, 2018.

                                                */s/ Mary Stolz*
                                                MARY STOLZ
                                                FSA Paralegal